# 15-25-00118-CV

## BECKY MOORE
### 52ND JUDICIAL DISTRICT CLERK
P.O. BOX 4
GATESVILLE, TEXAS 76528
PHONE 254-865-5911 FAX 254-865-5064

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/2/2025 11:56:23 AM
CHRISTOPHER A. PRINE
Clerk

DATE: 06/26/2025

RE: JAMES BRICKLEY, PLAINTIFF, V. NICHOLAS WALTON, DEFENDANT

CAUSE#    DC-24-55842

DATE JUDGMENT SIGNED:    06/10/2025

NOTICE OF APPEAL FILED:    06/26/2025

Ordinary Appeal

| DAYS | EVENT |
|---|---|
| 0 | JUDGMENT SIGNED |
| 30 | FILE WRITTEN NOTICE OF APPEAL |
| 60 | FILE CLERK'S RECORD AND REPORTER'S RECORD WITH COURT OF APPEALS |

I have received a copy of the appeal filed in the above styled and numbered case.

JAMES BRICKLEY, PRO SE
Plaintiff's Attorney

DATE
SENT: 07/02/2025 - MAILED

TRACY L. IRVIN, CSR
Official Court Reporter
440th District Court

DATE: 07/02/2025 - EMAILED

DANA DELEON
Court Coordinator for
440th District Court

DATE: 07/02/2025 – EMAILED

5

JAMES BRICKLEY V. NICHOLAS WALTON

IN THE 440TH DISTRICT COURT

OF
CORYELL COUNTY, TEXAS

**Date of Judgment or Other Order Appealed From:** JUNE 10, 2025

**Name of Trial Court Judge:** Honorable Judge GRANT KINSEY

**Name of Court Reporter:** TRACY IRVIN

**Name & Address of Defense Attorney on Appeal:**

**JAMES BRICKLEY- PRO SE**
**3201 FM 929**
**GATESVILLE, TEXAS 76597**

**Name & Address of Attorney(s) for the RESPONDENT on Appeal:**

**JACOBI I PONS**
**ASST. ATTORNEY GENERAL**
**LAW ENFORCEMENT DEFENSE DIVISION**
**PO BOX 12548, CAPITOL STATION**
**AUSTIN, TEXAS 78711**

Becky Moore
District Clerk
Coryell County, Texas

By _____ Deputy

CAUSE NO. DC-24-55842

| JAMES BRICKLEY, | § | IN THE DISTRICT COURT OF |
| Plaintiff | | |
| | § | |
| v. | | CORYELL COUNTY, TEXAS |
| | § | |
| NICHOLAS WALTON, | | |
| Defendant | § | 440th JUDICIAL DISTRICT |

## PLAINTIFF'S NOTICE OF APPEAL

1. Plaintiff, James Brickley desires to appeal from the order to dismiss pursuant to defendant's plea to jurisdiction, signed by the judge on June 10,2025.

2. Plaintiff recieved the Court's order to dismiss on June 18th, 2025 and subsequently submitted a request for findings of fact and conclusions of law on June 18,2025.

3. Plaintiff Appeals to the Fifteenth Court of Appeals.

Respectfully submitted,

_James Brickley signature_ 19 June 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

## CERTIFICATE OF SERVICE

I James Brickley, hereby certify that a true and correct copy of the foregoing notice was sent to the attorney for the defendant at the designated address by way of, forwarding the same to my agent with express instruction to send to the attorney of record via certified mail,RRR. Executed on this 19th day of June,2025.

_James Brickley signature_ 19 June 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

Filed
CORYELL COUNTY
10:00 o'clock AM

JUN 26 2025

Becky Hiller
DISTRICT CLERK

4

1

## CAUSE NO. DC-24-55842

| | | |
|---|---|---|
| JAMES BRICKLEY,<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | CORYELL COUNTY, TEXAS |
| NICHOLAS WALTON,<br>*Defendant.* | §<br>§<br>§ | 440TH JUDICIAL DISTRICT |

## ORDER

On this day the Court considered defendant Nicholas Walton's Plea to the Jurisdiction. Having considered the motion and arguments of the parties, the Court is of the opinion that the motion should in all things be **GRANTED**. The Court finds that it lacks subject-matter jurisdiction over plaintiff James Brickley's claims pursuant to the Texas Penal Code. The Court also finds that this is an incurable defect for which leave to amend is futile. It is therefore:

**ORDERED** that defendant Walton's motion is **GRANTED**. It is further

**ORDERED** that plaintiff Brickley's claims against defendant Walton are **DISMISSED** with prejudice.

Signed this _10_ day of _June_, 2025.

_____
JUDGE PRESIDING

Filed
CORYELL COUNTY
11:55 o'clock

JUN 1 1 2025

Betty Moore
DISTRICT CLERK

6

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Jacob Pons
Bar No. 24139435
gloriana.ojeda@oag.texas.gov
Envelope ID: 100231302
Filing Code Description: Motion (No Fee)
Filing Description: 20250429_Ds PTJ
Status as of 4/30/2025 8:04 AM CST

Associated Case Party: Nicholas Walton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bridney Mcfield | | britney.mcfield@oag.texas.gov | 4/29/2025 3:22:29 PM | SENT |
| Jacob Pons | 24139435 | jacob.pons@oag.texas.gov | 4/29/2025 3:22:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 4/29/2025 3:22:29 PM | SENT |

CAUSE NO. DC-24-55842

| | | |
|---|---|---|
| JAMES BRICKLEY,<br> Plaintiff, | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | | CORYELL COUNTY, TEXAS |
| | § | |
| NICHOLAS WALTON,<br> Defendant. | § | 440th JUDICIAL DISTRICT |

## PLAINTIFF'S REQEUST FOR FINDINGS OF FACT & CONCLUSIONS OF LAW

Plaintiff, James Brickley, asks the Court to file the findings of fact and conclusions of law.

### INTRODUCTION

1. Plaintiff, James Brickley, sued defendant, Nicholas Walton for theft and violation of Brickley's inmate civil rights for his part in the theft of Brickley's legal materials which affected the outcome of his parental rights case. Mr. Walton was sued in his individual capacity, where he made no claim of immunity from suit; There were no hearings on the facts of the case; and the case was dismissed with prejudice.

2. The Court signed an order dismissing the case with prejudice on June 10th,2025, filed June 11th,2025.

### REQUEST

3. Plaintiff asks the Court to file findings of fact and conclusions of law and require the court clerk to mail copies to all parties, as required by Texas Rule of Civil Procedure 297.

4. Plaintiff files this request within 20 days after the Court signed judgment or order. Tex.R.Civ.P. 295.

Respectfully submitted,

_18 June 2025_

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

Filed
CORYELL COUNTY
10:00 o'clock AM

JUN 26 2025

Beky Uaire
DISTRICT CLERK

1

## CERTIFICATE OF SERVICE

I, James Brickley, certify that a true and correct copy of the foregoing motion was sent to my agent with express instructions to forward the same to the attorney for the defendant at the address below via certified mail, return reciept requested. Executed on this 18th day of June, 2025.

JACOBI I. PONS
ASST. ATTORNEY GENERAL
LAW ENFORCEMENT DEFENSE DIVISION
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TEXAS 78711

*18 June 2025*

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

BRICKLEY V. WALTON                                      June 19,2025
CAUSE NO. DC-24-55842

TO: BECKY MOORE
    CLERK OF COURT
    P.O. BOX 4
    GATESVILLE, TEXAS 76528

FROM: JAMES BRICKLEY
      Plaintiff pro se


RE: Plaintiff's request for documents to be included in the
    clerk's record for Brickley v. Walton, Cause No. DC-24-
    55842, in the 440th Court of Coryell County, Texas.


Plaintiff, James Brickley, is appealing this case to the Fifteenth Court of Appeals. The trial court signed a final judgment order in this case on June 10,2025. Plaintiff submitted a notice of appeal with this request on June 19,2025, and has made arrangements to pay any clerk's fees.

Plaintiff requests the following documents to be included in the clerk's record, as specified in Texas Rule of Appeallate Procedure 34.5:

1.Plaintiff's Original petition filed May 30,2024.

2.Defendant's plea to jurisdiction dated April 29,2025.

3.Defendant's Original Answer dated April 28,2025.

4.Defendant's Motion to stay discovery dated May 29,2025.

5.Plaintiff's Responses to Defendant's requests for disclosure and
   first request for production to the defendant, filed May 27,202.

6.Plaintiff's Motion requestin Jacobi I. Pons to show authority to
act filed June 9,2025.

7.Plaintiff's response to defendant's motion to Stay discovery and
   plea to jurisdiction dated June 5,2025.

8.The court's docket sheet.

Filed
CORYELL COUNTY
10:00 o'clock AM

JUN 26 2025

Becky Moore
DISTRICT CLERK

8

1

9. The certified bill of costs.

10. All requests for findings of fact and conclusions of law.

11. All the court's findings of fact and conclusions of law.

12. Any other pretrial motions as designated by Texas Rule of Appellate Procedure 34.

Respectfully submitted,

_James Brickley_  19 June 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

## CERTIFICATE OF SERVICE

I, James Brickley hereby certify that a true and correct copy of the foregoing documents were sent to my agent with express instructions to forward to the attorney of record for the defense. Executed on this the 19th day of June, 2025.

_James Brickley_ 19 June 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

CAUSE NO. DC-24-55842

| | | |
|---|---|---|
| JAMES BRICKLEY,<br>  Plaintiff | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | | CORYELL COUNTY, TEXAS |
| | § | |
| NICHOLAS WALTON,<br>  Defendant | § | 440th JUDICIAL DISTRICT |

## PLAINTIFF'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Plaintiff, James Brickley, designates the following issues to be presented on appeal, as required by Texas Rule of Appeallate Procedure 34.6(c)(1).

## ISSUES FOR REVIEW

1. The trial court erred in dismissing the case with prejudice.

2. The trial court erred in dismissing the case for jurisdiction.

3. The trial court erred by not first taking up the matter of plaintiff's request for defense attorney to show authority to act.

Respectfully submitted,

*[signature]* 19June2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

Filed
CORYELL COUNTY
10:00 o'clock AM

JUN 26 2025

*Becky Mace*
DISTRICT CLERK